**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LYNN SHADE,** : | |
|     **Plaintiff** : | |
| : | No. 1:14-cv-813 |
| **v.** : | |
| : | (Judge Kane) |
| : | |
| **ALFA LAVAL INC.,** : | |
|     **Defendant** : | |

## ORDER

**AND NOW**, this 3rd day of March 2017, for the reasons stated in the accompanying memorandum, **IT IS ORDERED** that Defendant's motion for summary judgment (Doc. No. 23), is **GRANTED**. The Clerk of Court is directed to enter judgment in favor of Defendant and close this case.

                                            s/ Yvette Kane
                                            Yvette Kane, District Judge
                                            United States District Court
                                            Middle District of Pennsylvania